# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

ALFREDO LOPEZ, et al., §
§
    Plaintiffs, §
§
V. § No. 3:16-CV-2595-D
§
RELIABLE CLEAN-UP AND SUPPORT §
SERVICES LLC, et al., §
§
    Defendants. §

## ORDER

The United States Magistrate Judge did not abuse his discretion or commit an error of law or make a clearly erroneous fact finding in his November 15, 2017 findings, conclusions, and recommendation. Accordingly, the court overrules plaintiffs' November 28, 2017 objection and denies plaintiffs' October 3, 2017 motion for protective order without prejudice.

SO ORDERED.

December 27, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE