# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ALFREDO LOPEZ and JULIO HUESCA; Individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-2595-D |
| RELIABLE CLEAN-UP AND SUPPORT SERVICES, LLC, RELIABLE BROTHERS CONSTRUCTION, LLC, DANIEL SANTOS, and LUCIANO SANTOS, | § § § § § § § | |
| *Defendants*, | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants' Unopposed Motion to Extend Time to respond to Plaintiffs' Motion for Attorney's fees (Doc # 102) is GRANTED, and Defendants' time to respond is extended through May 24, 2019.

SIGNED April 25, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

**ALFREDO LOPEZ, ET.AL. VS. RELIABLE CLEAN-UP AND SUPPORT SERVICES, LLC, ET.AL. – DEF'S UNOPP MTN TO EXTEND TIME – ORDER –** *SOLO* **PAGE**